UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CIVIL ACTION NO. 9:15-CIV-81326-RLR

| | |
|---|---|
| **CARLTON GAYLE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **SOUTH EAST EMPLOYEE LEASING,** | ) |
| **INC., a Florida profit corporation, and** | ) |
| **FITZROY HARTLEY, individually,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER ON JOINT MOTION TO APPROVE THE PARTIES' SETTLEMENT

THIS CAUSE having come before the Court upon the parties' Joint Motion to Approve the Parties' Settlement, and pursuant to the Settlement Agreement reached between the parties, and upon the full record, it is

ORDERED AND ADJUDGED that:

1. The parties' settlement is hereby APPROVED.

2. This case is DISMISSED with prejudice with the Court retaining jurisdiction to enforce the parties' settlement agreement; and

3. Any and all pending motions are hereby DENIED AS MOOT.

DONE AND ORDERED, in Chambers, at Fort Pierce, Florida, this 9th day of December, 2015.

Robin L. Rosenberg

cc: All counsel of record